**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Jeromy Oelker, | Case No. 2:24-cv-00355-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Traum, Navarro, | |
| Defendants. | |

This matter is before the Court on *pro se* Plaintiff Jeromy Oelker's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 1) and Complaint (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* provides responses that do not answer the questions asked. Specifically, in response to question two—which asks if the applicant is employed and what his wages are—Plaintiff provides that he is unemployed and homeless and that his wages are $0. But Plaintiff also writes "see Justice Albregt" with no explanation. In response to question five—which asks the applicant to list any items of value—Plaintiff responds, "awaiting injunction 5 months now." In response to question six—which asks the applicant to list any monthly expenses—Plaintiff responds, "without jurisdiction debt voids too." In response to question eight—which requires the applicant to list any debts or financial obligations and describe the amounts owed and to whom they are payable—Plaintiff responds, "student loans verbal agreements" without listing the amounts owed and to whom they are payable.

Because Plaintiff's answers are non-responsive to the questions, the Court will deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

1    **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff

2  a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and

3  its accompanying instruction packet.

4    **IT IS FURTHER ORDERED** that Plaintiff shall have until **April 1, 2024** to either:

5  (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C.

6  § 1915(a)(1) and LSR 1-1[1]; or (2) pay the full $405 filing fee, which includes the $350 filing fee

7  plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will**

8  **result in a recommendation to the district judge that her case be dismissed.**

9

10    DATED: February 29, 2024

11    _____
    DANIEL J. ALBREGTS
12    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-
28  information/forms/