UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROMY OELKER,<br><br>       Plaintiff,<br><br>v.<br><br>ANNE R. TRAUM, GLORIA M. NAVARRO,<br><br>       Defendants. | Case No. 2:24-cv-00355-APG-DJA<br><br>**Order Accepting Report and Recommendation, Denying Motions, and Dismissing Case**<br><br>[ECF Nos. 3, 8, 16] |

  Magistrate Judge Albregts recommends dismissal of plaintiff Jeromy Oelker's complaint because his claims are barred by judicial immunity. ECF No. 8.  Oelker filed an objection and motion to recuse Judge Albregts, which Judge Albregts denied. ECF Nos. 10, 15.  Oelker has filed another motion to recuse Judge Albregts, attaching his prior objection and motion. ECF No. 16.

  I have conducted a de novo review of the issues set forth in Judge Albregts' Report and Recommendation under Local Rule IB 3-2.  Oelker's objection does not rebut Judge Albregts' findings or conclusions or offer any reason why I should not accept his recommendation.  Judge Albregts correctly found that Oelker's claims are barred by judicial immunity so they must be dismissed with prejudice.  In addition, Oelker's motion to vacate the state court judgment (ECF No. 3) must be denied because Federal Rule of Civil Procedure 60 does not empower this court to overturn a state court judgment.  I accept Judge Albregts' Report and Recommendation.

  I THEREFORE ORDER that the Report and Recommendation (ECF No. 8) is accepted, and this case is DISMISSED with prejudice.  The pending motions to vacate (ECF No. 3) and to recuse (ECF No. 16) are DENIED.  The clerk of the court shall enter judgment accordingly.

  Dated:  July 31, 2024.

                        _____
                        ANDREW P. GORDON
                        UNITED STATES DISTRICT JUDGE