# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROMY OELKER,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANNE R. TRAUM, GLORIA M. NAVARRO,<br><br>                    Defendants. | Case No. 2:24-cv-00355-APG-DJA<br><br>**Order Denying Motions**<br><br>[ECF Nos. 17, 18] |

   I have dismissed this case with prejudice because plaintiff Jeromy Oelker's claims are barred by judicial immunity. ECF No. 19.  Before entry of that order, Oelker filed two additional motions. ECF Nos. 17, 18.  Those motions do not change the outcome that Oelker's claims are barred.  Thus, I also deny those new motions.

   I THEREFORE ORDER that the pending motions (ECF Nos. 17, 18) are DENIED.  The clerk of the court shall close this case.

   Dated:  August 1, 2024.

                                                                                              _____
                                                                                              ANDREW P. GORDON
                                                                                              UNITED STATES DISTRICT JUDGE