# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROMY OELKER,<br><br>                 Plaintiff,<br><br>v.<br><br>ANNE R. TRAUM, GLORIA M. NAVARRO,<br><br>                 Defendants. | Case No. 2:24-cv-00355-APG-DJA<br><br>**Order Denying Motions**<br><br>[ECF Nos. 22, 23] |

I have dismissed this case with prejudice because plaintiff Jeromy Oelker's claims are barred by judicial immunity. ECF No. 19. Oelker has since filed two motions. ECF Nos. 22, 23. I deny those motions because this case is closed.

I THEREFORE ORDER that the pending motions (ECF Nos. 22, 23) are DENIED.

Dated: August 30, 2024.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE